Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DASILVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:17-cv-5168 DSF (KSx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED, by and between Plaintiff MARIA DASILVA and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (collectively, the "Parties"), by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

　　　The Parties further request all dates be vacated from the Court's calendar.

///
///
///
///

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

157785.1

1

Case No. 2:17-cv-5168 DSF (KS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: October 12, 2017      DARRAS LAW
Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather

By:   */s/ Phillip S. Bather*
      Phillip S. Bather
      Attorneys for Plaintiff
      MARIA DASILVA

Dated: October 12, 2017      MESERVE, MUMPER & HUGHES LLP
Nicole Y. Blohm
Allison Vana

By:   */s/ Allison Vana*
      Allison Vana
      Attorneys for Defendant
      LIFE INSURANCE COMPANY
      OF NORTH AMERICA

**Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

157785.1

2

Case No. 2:17-cv-5168 DSF (KS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE